UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ICELYN GARCIA,

                         Plaintiff,

   -against-

CITY OF NEW YORK, NEW YORK CITY TRANSIT
BUREAU POLICE OFFICER JESSICA GAVARS,
SHIELD NO. 24197, JOHN DOE POLICE OFFICERS
1-4,

                       Defendants.
----------------------------------------------------------------X

JUDGMENT
10-CV- 3405 (ERK)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 11 2011 ★

BROOKLYN OFFICE

     An Order of Honorable Edward R. Korman, United States District Judge, having been filed on March 10, 2011, granting the motion to dismiss the § 1983 cause of action; and dismissing the pendant state law claims without prejudice; it is

     ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the motion to dismiss the § 1983 cause of action is granted; and that the pendant state law claims are dismissed without prejudice.

Dated: Brooklyn, New York
         March 10, 2011

                                                s/Robert C. Heinemann
                                                ROBERT C. HEINEMANN
                                                Clerk of Court